**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware

Case number (*If known*): ________________________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name** DTG Operations, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

   Dollar Airport Parking, Dollar Rent A Car, Firefly, Quik Stop, Thrifty Airport Parking
   Thrifty Airport Valet Parking, Thrifty Car Rental, Thrifty Car Sales Outlet, Thrifty Parking,
   Thrifty Truck Rental

3. **Debtor's federal Employer Identification Number** (EIN) 73-1389882

4. **Debtor's address**

   **Principal place of business**

   8501 Williams Road
   Number Street

   Estero FL 33928
   City State ZIP Code

   Lee
   County

   **Mailing address, if different from principal place of business**

   Number Street

   P.O. Box

   City State ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number Street

   City State ZIP Code

5. **Debtor's website** (URL) www.hertz.com

Debtor DTG Operations, Inc.
Name

Case number (*if known*)

**6. Type of debtor**

- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ❑ Partnership (excluding LLP)
- ❑ Other. Specify:

**7. Describe debtor's business**

A. *Check one:*

- ❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ❑ Railroad (as defined in 11 U.S.C. § 101(44))
- ❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply:*

- ❑ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5321

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ❑ Chapter 7
- ❑ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ❑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ❑ A plan is being filed with this petition.
  - ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ❑ Chapter 12

Debtor DTG Operations, Inc. Case number (*if known*)

Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- [x] No
- [ ] Yes. District ______ When ______ (MM / DD / YYYY) Case number ______
  District ______ When ______ (MM / DD / YYYY) Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- [ ] No
- [x] Yes. Debtor See Schedule A Relationship ______
  District Delaware When ______ (MM / DD / YYYY)
  Case number, if known ______

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- [ ] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [x] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? ______
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other ______

**Where is the property?** ______

Number Street

______

City State ZIP Code

**Is the property insured?**

- [ ] No
- [ ] Yes. Insurance agency ______
  Contact name ______
  Phone ______

## Statistical and administrative information

Debtor DTG Operations, Inc.
Name

Case number (*if known*)

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors***

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ■ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets***

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ■ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities***

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ■ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

*Represents consolidated financial information for the Debtor and its affiliated entities. This does not constitute a statement or admission as to the creditors, assets, or liabilities of any of the debtor entities individually.

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05 / 22 / 2020
MM / DD / YYYY

✘ /s/ M. David Galainena
Signature of authorized representative of debtor

M. David Galainena
Printed name

Title Vice President and General Counsel

Debtor DTG Operations, Inc.
Name

Case number (*if known*)

**18. Signature of attorney**

✘ /s/ Mark D. Collins
Signature of attorney for debtor

Date 05 / 22 / 2020
MM / DD / YYYY

Mark D. Collins
Printed name

Richards, Layton & Finger, P.A.
Firm name

920 North King Street
Number Street

Wilmington DE 19801
City State ZIP Code

(302) 651-7700
Contact phone

collins@rlf.com
Email address

2981
Bar number

Delaware
State

# Schedule A

## SCHEDULE OF DEBTORS

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, as amended. Substantially contemporaneously with the filing of these petitions, these entities filed a motion requesting that their respective chapter 11 cases be jointly administered for procedural purposes only.

| | Debtor | Employer/Corporate Identification Number | Jurisdiction |
|---|---|---|---|
| 1. | CMGC Canada Acquisition ULC | 822418471RC0001 | Canada |
| 2. | Dollar Rent A Car, Inc. | 05-0542273 | United States |
| 3. | Dollar Thrifty Automotive Group Canada Inc. | 106533326RC0001 | Canada |
| 4. | Dollar Thrifty Automotive Group, Inc. | 73-1356520 | United States |
| 5. | Donlen Corporation | 36-2552662 | United States |
| 6. | Donlen Fleet Leasing Ltd. | 136785763RC0001 | Canada |
| 7. | Donlen FSHCO Company | 45-5210139 | United States |
| 8. | Donlen Mobility Solutions, Inc. | 20-0080075 | United States |
| 9. | DTG Canada Corp. | 887612711RC0001 | Canada |
| 10. | DTG Operations, Inc. | 73-1389882 | United States |
| 11. | DTG Supply, LLC | 73-1325498 | United States |
| 12. | Firefly Rent A Car LLC | 46-2367114 | United States |
| 13. | Hertz Aircraft, LLC | 26-2976918 | United States |
| 14. | Hertz Canada Limited | 102337847RC0001 | Canada |
| 15. | Hertz Car Sales LLC | 80-0033698 | United States |
| 16. | Hertz Global Holdings, Inc. | 61-1770902 | United States |
| 17. | Hertz Global Services Corporation | 22-3741182 | United States |
| 18. | Hertz Local Edition Corp. | 13-3053797 | United States |
| 19. | Hertz Local Edition Transporting, Inc. | 22-3376683 | United States |
| 20. | Hertz System, Inc. | 36-2025222 | United States |
| 21. | Hertz Technologies, Inc. | 22-3108869 | United States |
| 22. | Hertz Transporting, Inc. | 13-3215204 | United States |
| 23. | Rental Car Group Company, LLC | 81-0852831 | United States |
| 24. | Rental Car Intermediate Holdings, LLC | 35-2542459 | United States |
| 25. | Smartz Vehicle Rental Corporation | 45-2722986 | United States |
| 26. | The Hertz Corporation | 13-1938568 | United States |
| 27. | Thrifty Car Sales, Inc. | 73-1554875 | United States |
| 28. | Thrifty Rent-A-Car System, LLC | 73-0574010 | United States |
| 29. | Thrifty, LLC | 73-1554876 | United States |
| 30. | TRAC Asia Pacific, Inc. | 73-1354213 | United States |

**DTG OPERATIONS, INC.**

**ACTION OF THE BOARD OF DIRECTORS**
**TAKEN BY UNANIMOUS WRITTEN CONSENT**
**MAY 22, 2020**

---

The undersigned, constituting all of the members of the Board of Directors (the "Board") of DTG Operations, Inc., an Oklahoma corporation (the "Corporation"), acting by unanimous written consent in lieu of a formal meeting of the Board, pursuant to §3.13 of the Corporation's bylaws and §1027(F) of the Oklahoma General Corporation Act (the "Act"), hereby waive, pursuant to §4.02 of the Corporation's bylaws and §1074 of the Act, any notice required to be given in connection herewith, and hereby unanimously consent to the adoption of the following resolutions and the taking of the actions contemplated thereby:

**WHEREAS**, Hertz Global Holdings, Inc. ("Holdings"), The Hertz Corporation ("Hertz") and their directly and indirectly held subsidiaries, including the Corporation (collectively, the "Corporate Group"), have experienced a rapid, sudden and dramatic negative impact on their businesses from the Covid-19 pandemic and there is significant uncertainty about the timing and strength of a recovery in the travel industry and in the Corporate Group's business in the coming weeks and months;

**WHEREAS**, notwithstanding the significant actions the Corporate Group has taken to reduce expenses in light of the downturn in business, revenue declines have outpaced cost reductions and, in light of the uncertainty in the timing and strength of any recovery and the significant negative impact on the marketability of used vehicles, there is and likely will continue to be, significant strain on the Corporate Group's liquidity and downward pressure on the residual value of the vehicles which support certain financings of the Corporate Group in the coming weeks and months;

**WHEREAS**, the Corporate Group has made significant efforts to seek access to the capital markets to provide additional liquidity through this challenging economic downturn, but the capital markets are currently unavailable to the Corporate Group and it is unclear when or if such access may become available;

**WHEREAS**, to preserve liquidity, on April 27, 2020, the Boards of Directors of Holdings and Hertz (together, the "Boards") authorized and directed Hertz and its subsidiaries to withhold the payments due on April 27, 2020 under the master motor vehicle operating lease (the "Lease") with Hertz Vehicle Financing LLC ("HVF") (together, the "Lease Payment");

**WHEREAS**, on May 1, 2020, the failure to pay certain components of the Lease Payment caused an amortization event under the supplement (the "VFN Supplement") relating to the vehicle variable funding notes (the "VFN Notes") issued by Hertz Vehicle Financing II LP ("HVF II");

**WHEREAS**, on May 4, 2020, Hertz, HVF, HVF II and DTG Operations, Inc., a wholly-owned indirect subsidiary of Hertz, entered into a forbearance agreement (the "Forbearance Agreement") with holders of the VFN Notes representing approximately 60% in aggregate principal amount of the VFN Notes (the "VFN Noteholders"), pursuant to which the VFN Noteholders agreed to

forbear from exercising certain rights to direct the liquidation of the fleet of vehicles which serve as collateral supporting the VFN Notes;

**WHEREAS**, concurrently with entering into the Forbearance Agreement, on May 4, 2020, Hertz and certain of its subsidiaries entered into limited waiver agreements (collectively, the "Waiver Agreements") with certain of the lenders (the "Senior Lenders") under its senior term loan facility, letter of credit facility, alternate letter of credit facility and U.S. vehicle revolving credit facility, pursuant to which the Senior Lenders agreed to certain waivers and accommodations, including with respect to events of default arising from Hertz's failure to make the Lease Payment;

**WHEREAS**, the Forbearance Agreement and the Waiver Agreements expire on the date hereof and no agreement has been reached to extend the protections provided thereby;

**WHEREAS**, on the date hereof, the Boards have authorized and directed Holdings and Hertz, respectively, to file a voluntary petition in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), pursuant to which Holdings and Hertz will each operate as debtor-in-possession; and

**WHEREAS**, based on its review of all available alternatives and advice provided by the Corporation's management team and the financial and legal advisors to the Corporation and the Corporate Group, the Corporate Group's current lack of access to the capital markets, the downturn in the Corporate Group's business and the uncertainty regarding any recovery, the Board deems it advisable and in the best interest of the Corporation, its creditors, employees and other stakeholders to take the actions specified in the following resolutions.

**NOW THEREFORE**, be it resolved as follows:

CHAPTER 11 CASE

**RESOLVED**, that the Corporation be, and it hereby is, authorized and directed to file a voluntary petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code (the "Petition") pursuant to which the Corporation will operate as debtor-in-possession (the "Chapter 11 Case"); and it is further

**RESOLVED**, that the General Counsel and the Treasurer of the Corporation (each, an "Authorized Officer") be, and each hereby is, authorized and directed, on behalf of and in the name of the Corporation to execute and verify the Petition in the name of the Corporation under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court in such form and at such time as the Authorized Officer executing such Petition on behalf of the Corporation shall determine; and it is further

RETENTION OF PROFESSIONALS

**RESOLVED**, that the Corporation is authorized, and each Authorized Officer be, and each hereby is, authorized and directed, on behalf of and in the name of the Corporation, to retain and employ professionals to render services to the Corporation in connection with the Chapter 11 Case and the transactions contemplated by the foregoing resolutions, and that such professionals shall include, without limitation: White & Case LLP to act as restructuring counsel; local Delaware restructuring counsel; Richards, Layton & Finger, PA to act as Moelis & Company LLC to act as investment

banker and as financial advisor; FTI Consulting to act as financial advisor; and Prime Clerk LLC to act as claims and noticing agent and administrative advisor; and in connection herewith, each Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of the foregoing; and it is further

**RESOLVED**, that the Corporation is authorized, and each Authorized Officer be, and each hereby is, authorized and empowered and directed, in the name and on behalf of the Corporation, to incur and pay or cause to be paid all such fees and expenses as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

FURTHER AUTHORIZATIONS REGARDING THE CHAPTER 11 CASE

**RESOLVED**, that the Corporation is authorized, and each Authorized Officer acting in consultation with the Corporation's legal and financial advisors, be, and each hereby is, authorized and empowered, on behalf of and in the name of the Corporation, to execute, deliver, perform, verify, and/or file, or cause to be executed, delivered, performed, verified, and/or filed (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, statements, schedules, motions, lists, applications and pleadings, and subject to the Corporate Group's Transaction Approval Policy, contracts, agreements, additional security documents, guarantees, reaffirmations, control agreements, waivers of or amendments to existing documents, and, in connection with the foregoing, to employ and retain all assistance by legal counsel and to take any and such other action in furtherance of this written consent which such Authorized Officer or Authorized Officers deem necessary or proper in connection with the Chapter 11 Case, including acting in consultation with the Corporation's legal and financial advisors to take any and all action necessary or proper in connection with obtaining authorization to use cash collateral (in such amounts and on such terms as may be agreed by any Authorized Officer, including the grant of replacement and additional liens, as is necessary or proper for the continuing conduct of the affairs of the Corporation, and certain of its respective subsidiaries and affiliates), with a view to the successful prosecution of the Chapter 11 Case contemplated by the foregoing resolutions and the successful consummation of the transactions contemplated by the foregoing resolutions including, without limitation, any action necessary or proper to maintain the ordinary-course operation of the Corporation's business; and it is further

**RESOLVED**, that each Authorized Officer, acting in consultation with the Corporation's legal and financial advisors, be, and each hereby is, authorized to execute, deliver, and perform any and all special powers of attorney as such Authorized Officer may deem necessary or desirable to facilitate consummation of the transactions contemplated by the foregoing resolutions, pursuant to which such Authorized Officer will make certain appointments of attorneys to facilitate consummation of the transactions contemplated by the foregoing resolutions as the Corporation's respective true and lawful attorneys and authorize each such attorney to execute and deliver any and all documents of whatsoever nature and description that may be necessary or desirable to facilitate consummation of the transactions contemplated by the foregoing resolutions; and it is further

**RESOLVED**, that each Authorized Officer, acting in consultation with the Corporation's legal and financial advisors, be, and each of them hereby is, authorized and empowered to act without the joinder of any other Authorized Officer in connection with the foregoing resolutions; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any Authorized Officer in accordance with the foregoing resolutions to seek relief on behalf of the Corporation under chapter 11 of the Bankruptcy Code, or in connection with the Chapter 11 Case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Corporation, in all respects by the Board; and it is further

GENERAL AUTHORIZATIONS

**RESOLVED**, that the directors and officers of the Corporation, including the Authorized Officers (each, an "Authorized Person") acting in consultation with the Corporation's legal and financial advisors, be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Corporation, in accordance with this written consent, to do and perform, or cause or authorize to be done and performed, any and all such other acts, deeds and things and to make, execute and deliver, or cause to be made, executed and delivered, in the name and on behalf of the Corporation, and under the seal of the Corporation, if requested or as may be necessary or appropriate, any and all such agreements, undertakings, documents, consents, filings or instruments, with such terms and provisions as any such Authorized Person may approve, as such Authorized Person may deem necessary or appropriate to effect the transactions contemplated by the foregoing resolutions, to fulfill the Corporation's obligations thereunder, or to carry out the purpose and intent of any and all of the foregoing resolutions, the execution, delivery or performance thereof, or the taking of any such action to be conclusive evidence of such approval and authority; and it is further

**RESOLVED**, that each Authorized Person, acting in consultation with the Corporation's legal and financial advisors, be, and each of them hereby is, authorized and empowered to act without the joinder of any other Authorized Person in connection with the foregoing resolutions; and it is further

**RESOLVED**, that all actions heretofore taken by any Authorized Person in connection with the subject matter of any and all of the foregoing resolutions be, and each of them hereby is, approved, ratified and confirmed in all respects as the act and deed of the Corporation, having the same force as if performed pursuant to the direct authorization of the Board; and it is further

**RESOLVED**, that the omission from this written consent of any agreement, document, or other arrangement contemplated by any of the agreements, instruments, filings, or other documents described in the foregoing resolutions or any action to be taken in accordance with any requirement of any of the agreements, instruments, filings, or other documents described in the foregoing resolutions shall in no manner derogate from the authority of the Authorized Person to take all actions necessary, desirable, proper, advisable, or appropriate to consummate, effectuate, carry out, or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions; and it is further

**RESOLVED**, that the authority conferred upon any Authorized Person by this written consent is in addition to, and shall in no way limit, such other authority as such Authorized Person may have with respect to the subject matter of the foregoing resolutions, and that the omission from this

written consent of any agreement or other arrangement contemplated by any of the agreements, contracts, instruments, or documents described in the foregoing resolutions or any action to be taken in accordance with any requirement of any of the agreements, instruments, or documents described in the foregoing resolutions shall in no manner derogate from the authority of any such Authorized Person to take any and all actions convenient, necessary, advisable, or appropriate to consummate, effectuate, carry out, perform, or further the transactions contemplated by and the intents and purposes of the foregoing resolutions; and it is further

**RESOLVED**, that a facsimile or other electronic reproduction of this written consent may be executed in counterparts by the undersigned, and an executed copy may be delivered by the undersigned by facsimile or similar instantaneous electronic transmission device pursuant to which the signature of or on behalf of the undersigned can be seen, and such execution shall be deemed an original, and delivery shall be considered valid, binding and effective for all purposes.

*[Signature Page Follows]*

**IN WITNESS WHEREOF**, the undersigned have executed this written consent effective as of the date first written above.

______________________________
Name: Jamere Jackson
Title: Director

______________________________
Name: Paul Stone
Title: Director

*[Signature Page to the Unanimous Written Consent of the Board of DTG Operations, Inc.]*

**IN WITNESS WHEREOF,** the undersigned have executed this written consent effective as of the date first written above.

Name: Jamere Jackson
Title: Director

Name: Paul Stone
Title: Director

*[Signature Page to the Unanimous Written Consent of the Board of DTG Operations, Inc.]*

**Fill in this information to identify the case:**

Debtor name The Hertz Corporation, *et al*.

United States Bankruptcy Court for the District of Delaware

Case number (If known): TBD

❑ Check if this is an amended filing

# Modified Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders

**12/15**

**The Debtor and its debtor affiliates (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The following is a consolidated list of the Debtors' creditors holding the 50 largest unsecured claims based on the Debtors' books and records estimated as of the petition date. This list is prepared in accordance with Bankruptcy Rule 1007(d) for filing in these chapter 11 cases. The list does not include: (1) persons who come within the definition of "insider" set forth in section 101 of the Bankruptcy Code; (2) secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims; or (3) claims held by the Debtors' employees. The information presented in the list below shall not constitute an admission of liability by, nor is binding on, the Debtors, and the failure to list a claim as contingent, unliquidated, disputed, or subject to setoff does not constitute a waiver of any of the Debtors' right to contest the validity, priority, or amount of any claim.**

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total Claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | 6.000% Senior Notes Due January 2028<br>Charles W. Scharf, CEO & President<br>600 Fourth Street South, 7th Fl, MAC N9300-070<br>Minneapolis, MN 55415 | Wells Fargo National Association, Wells Fargo Corporate Trust-DAPS Reorg<br>Charles W. Scharf, CEO & President<br>Phone: (800) 344-5128<br>Fax: (866) 969-1290<br>Email: dapsreorg@wellsfargo.com | Unsecured Notes | | | | $900,000,000.00 |
| 2 | 5.500% Senior Notes Due October 2024<br>Charles W. Scharf, CEO & President<br>600 Fourth Street South, 7th Fl, MAC N9300-070<br>Minneapolis, MN 55415 | Wells Fargo National Association, Wells Fargo Corporate Trust-DAPS Reorg<br>Charles W. Scharf, CEO & President<br>Phone: (800) 344-5128<br>Fax: (866) 969-1290<br>Email: dapsreorg@wellsfargo.com | Unsecured Notes | | | | $800,000,000.00 |
| 3 | 6.250% Senior Notes Due October 2022<br>Charles W. Scharf, CEO & President<br>600 Fourth Street South, 7th Fl, MAC N9300-070<br>Minneapolis, MN 55415 | Wells Fargo National Association, Wells Fargo Corporate Trust-DAPS Reorg<br>Charles W. Scharf, CEO & President<br>Phone: (800) 344-5128<br>Fax: (866) 969-1290<br>Email: dapsreorg@wellsfargo.com | Unsecured Notes | | | | $500,000,000.00 |
| 4 | 7.125% Senior Notes Due August 2026<br>Charles W. Scharf, CEO & President<br>600 Fourth Street South, 7th Fl, MAC N9300-070<br>Minneapolis, MN 55415 | Wells Fargo National Association, Wells Fargo Corporate Trust-DAPS Reorg<br>Charles W. Scharf, CEO & President<br>Phone: (800) 344-5128<br>Fax: (866) 969-1290<br>Email: dapsreorg@wellsfargo.com | Unsecured Notes | | | | $500,000,000.00 |
| 5 | Goldman Sachs Mortgage Co., as lender and administrative agent<br>Department Manager<br>200 West Street<br>New York, NY 10282 | Goldman Sachs Mortgage Company<br>Department Manager<br>Phone: (972) 368-2746<br>Fax: (917) 977- 9270<br>Email: gs-sbdagency-borrowernotices@ny.email.gs.com, gs-locoperations@ny.email.gs.com | ALOC Facility | C | | | $200,000,000.00 |
| 6 | U.S. Bank, Promissory Notes<br>Andrew Cecere, Chairman, President & CEO<br>21 South Street, 3rd Fl<br>MS: EX-NJ-WSSM<br>Morristown, NJ 07960 | U.S. Bank<br>Andrew Cecere, Chairman, President & CEO | Unsecured Notes | | | | $27,593,000.00 |
| 7 | IBM CORPORATION<br>Thomas Buberl, CEO<br>1 New Orchard Road<br>Armonk, NY 10504 | IBM CORPORATION<br>Thomas Buberl, CEO<br>Phone: (914) 499-1900<br>Fax: (914) 765-6021<br>Email: Mbrowdy@ibm.com | Trade AP | | | | $23,475,618.59 |
| 8 | Lyft<br>Logan Green, CEO, Co-Founder & Director<br>548 Market Street, Suite 68514<br>San Francisco, CA 94104 | Lyft<br>Logan Green, CEO, Co-Founder & Director<br>Phone: (415) 264-5462<br>Fax: (415) 703-1758<br>Email: Kristin_Sverchek@lyft.com | Trade AP | D | | | $18,600,000.00 |

Debtor The Hertz Corporation, *et al.* Case number(*if known*) TBD
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | AAA<br>Tim Condon, President & CEO<br>1 Auto Club Drive<br>Dearborn, MI 48126 | AAA<br>Tim Condon, President & CEO<br>Phone: (800) 222-6424<br>Fax: (313) 584-9818 | Trade AP | | | | $9,478,447.72 |
| 10 | Fines Ford<br>Robert Fines, Principal<br>10 Simona Dr<br>Bolton, ON L7E 4C7<br>Canada | Fines Ford<br>Robert Fines, Principal<br>Phone: (905) 857-1252<br>Fax: (905) 857-6640 | Fleet | | | | $9,478,447.72 |
| 11 | Travel Jigsaw<br>Gregory Wills, Managing Director<br>Fl's 2-4 St George's House, 56 Peter Street<br>Fls 9-12, Sunlight House<br>Manchester M2 3NQ<br>United Kingdom | Travel Jigsaw<br>Gregory Wills, Managing Director<br>Phone: (44) 161-830-5908<br>Fax: (44) (0) 20 8612 8005 | Trade AP | | | | $8,228,426.26 |
| 12 | United Airlines<br>Scott Kirby, Chief Executive Officer<br>233 S. Wacker Drive<br>Chicago, IL 60606 | United Airlines<br>Scott Kirby, Chief Executive Officer<br>Phone: (312) 997-8000 | Trade AP | D | | | $7,349,998.00 |
| 13 | Deloitte<br>Joseph B. Ucuzoglu, CEO (US)<br>30 Rockefeller Plaza<br>New York, NY 10112-0015 | Deloitte<br>Joseph B. Ucuzoglu, CEO (US)<br>Phone: (212) 492-4000<br>Fax: (212) 489-1687<br>Email: JoeUcuzogluDeloitteUSCEO@deloitte.com | Trade AP | D | | | $7,343,854.00 |
| 14 | COMDATA<br>Ron Clarke, CEO & Chairman<br>5301 Maryland Way<br>Brentwood, TN 37027 | COMDATA<br>Ron Clarke, CEO & Chairman<br>Phone: (615) 370-7000 | Trade AP | | | | $7,282,358.50 |
| 15 | JM & A GROUP INC<br>Forrest Heathcott, President<br>500 Jim Moran Blvd<br>Deerfield Beach, FL 33442 | JM & A GROUP INC<br>Forrest Heathcott, President<br>Phone: (800) 553-7146<br>Fax: (954) 363-4120 | Trade AP | | | | $6,879,505.15 |
| 16 | SOUTHWEST AIRLINES CO<br>Gary C. Kelly, Chairman & CEO<br>2702 Love Field Drive<br>Dallas, TX 75235 | SOUTHWEST AIRLINES CO<br>Gary C. Kelly, Chairman & CEO<br>Phone: (214) 792-4000<br>Fax: (214) 792-5015 | Trade AP | D | | | $6,235,542.00 |
| 17 | PROS REVENUE MANAGEMENT<br>Andres Reiner, President, CEO & Director<br>Oakland City Center<br>Oakland, CA 94607 | PROS REVENUE MANAGEMENT<br>Andres Reiner, President, CEO & Director<br>Phone: (713) 335-5105<br>Fax: (713) 335-8144<br>Email: aparrish@pros.com | Trade AP | | | | $5,879,173.84 |
| 18 | Expedia<br>Peter M. Kern, Vice Chairman & CEO<br>333 108th Ave. NE<br>Bellevue, WA 98004 | Expedia<br>Peter M. Kern, Vice Chairman & CEO<br>Phone: (425) 679-7200<br>Fax:<br>Email: bdzielak@expedia.com | Trade AP | | | | $5,324,782.56 |
| 19 | LANE VALENTE<br>Paul Valente, Vice President<br>98 Maple Ave<br>Smithtown, NY 11787 | LANE VALENTE<br>Paul Valente, Vice President<br>Phone: (631) 454-9100<br>Fax: (631) 454-6115 | Trade AP | | | | $3,883,404.93 |
| 20 | PLATEPASS LLC<br>James D. Tuton, President<br>1150 N Alma School Rd<br>Mesa, AZ 85201 | PLATEPASS LLC<br>James D. Tuton, President<br>Phone: (877) 411-4300 | Trade AP | | | | $3,803,959.23 |

Debtor The Hertz Corporation, *et al*. Case number(*if known*) TBD
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | Hotwire<br>Heather Kernahan, CEO<br>45 E 20th St<br>New York, NY 10003 | Hotwire<br>Heather Kernahan, CEO<br>Phone: (800) 355-5668<br>Fax: (425) 679-7251 | Trade AP | D | | | $3,370,285.84 |
| 22 | SAFELITE FULFILLMENT INC<br>Thomas Feeney, President & CEO<br>7400 Safelite Way<br>Columbus, OH 43235 | SAFELITE FULFILLMENT INC<br>Thomas Feeney, President & CEO<br>Phone: (888) 393-1493<br>Fax: (614) 210-9372 | Trade AP | | | | $3,266,064.45 |
| 23 | ATS PROCESSING SERVICES<br>Adam Draizin, President<br>1150 N Alma School Rd.<br>Mesa, AZ 85201 | ATS PROCESSING SERVICES<br>Adam Draizin, President<br>Phone: (877) 977-5771<br>Fax: (480) 907-3026<br>Email: hertz@atsol.com | Trade AP | | | | $2,953,713.82 |
| 24 | GREATER ORLANDO AVI AUTH<br>Phil Brown, CEO<br>Orlando International Airport<br>One Jeff Fuqua Boulevard<br>Orlando, FL 32827-4392 | GREATER ORLANDO AVI AUTH<br>Phil Brown, CEO<br>Phone: (407) 825-2001<br>Fax: (407) 825-2099 | Taxes/Concessions | | | | $2,934,226.32 |
| 25 | DEALER DOT COM<br>Rick Gibbs,CEO & co-founder<br>1 Howard St<br>Burlington, VT 05401 | DEALER DOT COM<br>Rick Gibbs,CEO & co-founder<br>Phone: (802) 658-0965 | Trade AP | | | | $2,756,838.01 |
| 26 | PEP BOYS<br>Brent Windom, President<br>3118 W Allegheny Ave<br>Philadelphia, PA 19132 | PEP BOYS<br>Brent Windom, President<br>Phone: (215) 221-6305<br>Fax: (215) 430-4436 | Trade AP | | | | $2,712,174.35 |
| 27 | CITY OF CHICAGO<br>Brent Windom, President<br>Chicago Midway International Airport<br>10000 West O'Hare Ave<br>Chicago, IL 60666 | CITY OF CHICAGO<br>Brent Windom, President<br>Phone: (800) 832-6352 | Taxes/Concessions | | | | $2,546,999.72 |
| 28 | GERBER NATIONAL CLAIM SERVICES LLC<br>Jason Chapnik, Chairman<br>150 Center Court<br>Schaumburg, IL 60195 | GERBER NATIONAL CLAIM SERVICES LLC<br>Jason Chapnik, Chairman<br>Phone: (866) 638-4527 | Trade AP | | | | $2,534,344.58 |
| 29 | GREATER ORLANDO AVIATION AUTH<br>Domingo Sanchez, Chairman<br>Orlando International Airport<br>One Jeff Fuqua Boulevard<br>Orlando, FL 32827-4392 | GREATER ORLANDO AVIATION AUTH<br>Domingo Sanchez, Chairman<br>Phone: (407) 825-2001<br>Fax: (407) 825-2099 | Taxes/Concessions | | | | $2,439,597.14 |
| 30 | TELUS INTERNATIONAL US CORP<br>Jeff Puritt, President<br>2251 South Decatur Boulevard<br>Las Vegas, NV 89102 | TELUS INTERNATIONAL US CORP<br>Jeff Puritt, President<br>Phone: (702) 238-7900 | Trade AP | | | | $2,279,801.49 |
| 31 | BUILDRITE CONSTRUCTION CORP<br>Brian Fulghum, Vice President<br>600 Chastain Road NW, Suite 326<br>Kennesaw, GA 30144 | BUILDRITE CONSTRUCTION CORP<br>Brian Fulghum, Vice President<br>Phone: (770) 971-0787<br>Fax: (770) 973-7737 | Trade AP | | | | $2,084,899.19 |
| 32 | SIRIUS XM RADIO INC<br>Scott Greenstein, President<br>1221 Avenue of the Americas, 36th Fl<br>New York, NY 10020 | SIRIUS XM RADIO INC<br>Scott Greenstein, President<br>Phone: (212) 584-5100<br>Fax: (212) 584-5200 | Trade AP | | | | $2,000,000.00 |

Debtor The Hertz Corporation, *et al*.
Name

Case number*(if known)* TBD

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 33 | BRIDGESTONE/FIRESTONE INC<br>Paolo Ferrari, President, CEO, COO<br>200 4th Ave S.<br>Nashville, TN 37201 | BRIDGESTONE/FIRESTONE INC<br>Paolo Ferrari, President, CEO, COO<br>Phone: (844) 659-5820 | Trade AP | | | | $1,972,360.61 |
| 34 | MAACO FRANCHISING CORPORATE LLC<br>Jonathan Fitzpatrick, President & CEO<br>440 S. Church Street, Suite 700<br>Charlotte, NC 28202 | MAACO FRANCHISING CORPORATE LLC<br>Jonathan Fitzpatrick, President & CEO<br>Phone: (704) 644-8101<br>Fax: (704) 377-9904 | Trade AP | | | | $1,940,992.44 |
| 35 | VXI GLOBAL SOLUTIONS LLC<br>David Zhou David, Co-Founder & Co-CEO<br>220 West 1st St., 3rd Fl<br>Los Angeles, CA 90012 | VXI GLOBAL SOLUTIONS LLC<br>David Zhou David, Co-Founder & Co-CEO<br>Phone: (213) 637-1300<br>Fax: (213) 637-1068 | Trade AP | | | | $1,738,720.52 |
| 36 | TRAVELPORT LP C O BANK OF AMERICA LOCKBOX<br>Gordon Wilson, President & CEO<br>Axis One, Axis Park, 10 Hurricane Way<br>Langley SL3 8AG<br>United Kingdom | TRAVELPORT LP C O BANK OF AMERICA LOCKBOX<br>Gordon Wilson, President & CEO<br>Phone: (+44) 1753 288000<br>Fax: (+44) 1753 288 001 | Trade AP | | | | $1,691,377.60 |
| 37 | AT&T<br>John Stankey, President & CEO<br>208 S. Akard Street<br>Dallas, TX 75202 | AT&T<br>John Stankey, President & CEO<br>Phone: (210) 821-4105<br>Fax: (210) 351-2071 | Trade AP | | | | $1,684,048.44 |
| 38 | AMERICAN EXPRESS<br>Mr. Squeri, Chairman & CEO<br>200 Vesey Street<br>New York, NY 10285-3106 | AMERICAN EXPRESS<br>Mr. Squeri, Chairman & CEO<br>Phone: (212) 640-2000<br>Fax: (623) 444-3001 | Trade AP | | | | $1,606,783.00 |
| 39 | TERADATA OPERATIONS INC<br>Oliver Ratzesberger, President & CEO<br>17095 Via del Campo<br>San Diego, CA 92127 | TERADATA OPERATIONS INC<br>Oliver Ratzesberger, President & CEO<br>Phone: (866) 837-2328<br>Fax: (858) 485-3567 | Trade AP | | | | $1,593,354.98 |
| 40 | INFOR (US) INC<br>Kevin Samuelson, CEO<br>641 Avenue of the Americas<br>New York, NY 10011 | INFOR (US) INC<br>Kevin Samuelson, CEO<br>Phone: (646) 336-1700 | Trade AP | | | | $1,556,697.55 |
| 41 | MASSACHUSETTS PORT AUTHORITY<br>Lisa Wieland, CEO<br>One Harborside Drive, Suite 200S<br>Boston, MA 02128 | MASSACHUSETTS PORT AUTHORITY<br>Lisa Wieland, CEO<br>Phone: (800) 235-6426<br>Fax: (617) 561-1891 | Taxes/Concessions | | | | $1,545,621.40 |
| 42 | NISSAN<br>Makoto Uchida, President & CEO<br>One Nissan Way<br>Franklin, TN 37067 | NISSAN<br>Makoto Uchida, President & CEO<br>Phone: (615) 725-1000<br>Fax: (615) 725-8535 | Fleet | D | | | $1,489,139.60 |
| 43 | Car Trawler<br>Charlie Coniglio, CEO<br>Classon House, Dundrum Business Park<br>Dundrum<br>Dublin 14<br>Ireland | Car Trawler<br>Charlie Coniglio, CEO<br>Phone: (+353) 1 499 9600<br>Fax: (+353) (0)1 499 9661 | Trade AP | | | | $1,333,791.45 |
| 44 | WAYNE COUNTY<br>Chad Newton, CEO<br>11050 Rogell Drive #602<br>Detroit, MI 48242 | WAYNE COUNTY<br>Chad Newton, CEO<br>Phone: (734) 247-7678<br>Fax: (734) 247-7343<br>Email: kristy.exner@wcaa.us | Taxes/Concessions | | | | $1,286,258.16 |

Debtor The Hertz Corporation, *et al*. Case number*(if known)* TBD
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 45 | CITY AND COUNTY OF SAN FRANCISCO<br>Ivar C. Satero, Director<br>San Francisco International Airport<br>710 N McDonnell Rd<br>San Francisco, CA 94128 | CITY AND COUNTY OF SAN FRANCISCO<br>Ivar C. Satero, Director<br>Phone: (650) 821-5042<br>Fax: (650) 821-5005 | Taxes/Concessions | | | | $1,284,547.28 |
| 46 | ALLIED UNIVERSAL SECURITY SERVICES<br>David I. Buckham<br>Eight Tower Bridge<br>161 Washington Street<br>Suite 600<br>Conshohocken, PA 19428 | ALLIED UNIVERSAL SECURITY SERVICES<br>David I. Buckham<br>Phone: (484) 351-1300<br>Fax: (410) 468-3030 | Trade AP | | | | $1,279,706.77 |
| 47 | DENT WIZARD INTERNATIONAL CORP<br>39-40/F, Oxford House<br>Taikoo Place<br>979 King's Road<br>Quarry Bay<br>Hong Kong | DENT WIZARD INTERNATIONAL CORP<br>Phone: 86-2120802188<br>Fax: 86-576-7332919 | Trade AP | | | | $1,273,540.75 |
| 48 | AUTONATION SHARED SERVICE CENTER<br>MORAY KEITH<br>12100 FEATHERSTONE WAY<br>RICHMOND, BC V6W 1K9<br>CANADA | AUTONATION SHARED SERVICE CENTER<br>MORAY KEITH<br>Phone: 604-273-1311<br>Fax: 604-273-1356 | Trade AP | | | | $1,272,139.05 |
| 49 | Nissan CN<br>39-40/F, Oxford House<br>Taikoo Place<br>979 King's Road<br>Quarry Bay<br>Hong Kong | Nissan CN<br>Phone: (+ 86) 2120802188<br>Fax: (+86) 576-7332919 | Fleet | | | | $1,262,085.17 |
| 50 | Dueck Richmond<br>Moray Keith<br>12100 Featherstone Way<br>Richmond, BC V6W 1K9<br>Canada | Dueck Richmond<br>Moray Keith<br>Phone: (604) 273-1311<br>Fax: (604) 273-1356 | Fleet | | | | $1,260,945.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>The Hertz Corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-[____] ( )<br><br>(Joint Administration Requested) |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**
**<u>PURSUANT TO FED. R. BANKR. P. 1007(a)(1) AND 7007.1</u>**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, attached hereto as **<u>Exhibit I</u>** is an organizational chart reflecting all of the ownership interests in The Hertz Corporation ("**Hertz**") and its affiliated debtors, who are each debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**"). Hertz, on behalf of itself and the Debtors, hereby states as follows:

1. The following entities own ten percent (10%) or more of the equity interests of Hertz Global Holdings, Inc. ("**Hertz Global**"):[2]

| Name | Address | Shares (%) |
|---|---|---|
| **Carl C. Icahn**[3] | Icahn Associates Holdings LLC<br>16690 Collins Avenue Sunny Isles, FL 33160. | 38.89% |

[1] The last four digits of The Hertz Corporation's tax identification number are 8568. The location of the debtors' service address is 8501 Williams Road, Estero, FL 33928. Due to the large number of debtors in these chapter 11 cases, for which joint administration for procedural purposes has been requested, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at https://restructuring.primeclerk.com/hertz.

[2] This is based on information regarding beneficial share ownership obtained from the Debtors' Notice of Annual Meeting and Proxy Statement dated March 27, 2020. This list serves as the disclosure required to be made by Hertz Global pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure. By separate motion filed contemporaneously herewith, Hertz Global is requesting a waiver of the requirement under Rule 1007(a)(3) to file a list of all of its equity security holders.

[3] Mr. Icahn, Icahn Partners LP, Icahn Master Fund LP, High River Limited Partnership, Icahn Onshore LP, Icahn Capital LP, IPH GP LLC, Icahn Enterprises Holdings L.P., Icahn Enterprises G.P. Inc., Beckton Corp., Icahn Offshore LP, Hopper Investments LLC and Barberry Corp., to the knowledge of the Company, are each deemed to have beneficial ownership, as such term is defined

2. Hertz Global owns one hundred percent (100%) of the equity interests of Rental Car Intermediate Holdings, LLC, which in turn owns one hundred percent (100%) of the equity interests of Hertz.

3. Hertz owns one hundred percent (100%) of the equity interests of the following entities:

a. Hertz Transporting, Inc.;

b. Hertz Aircraft, LLC;

c. Firefly Rent A Car LLC;

d. Donlen Corporation;

e. Hertz Technologies, Inc.;

f. Hertz Car Sales LLC;

g. Hertz System, Inc.;

h. Smartz Vehicle Rental Corporation;

i. Hertz Global Services Corporation;

j. Hertz Local Edition Corp.; and

k. Rental Car Group Company, LLC;

4. Donlen Corporation owns one hundred percent (100%) of the equity interests of the following entities:

a. Donlen FSHCO Company; and

b. Donlen Mobility Solutions, Inc.

for purposes of Rule 13d-3 of the Securities Exchange Act of 1934, over more than 5% of the voting securities of the debtor that are held by the following entities: Icahn Partners LP, Icahn Master Fund LP and High River Limited Partnership.

5. Donlen FSHCO Company owns one hundred percent (100%) of the equity interests of Donlen Fleet Leasing Ltd.

6. Hertz Local Edition Corp. owns one hundred percent (100%) of the equity interests of Hertz Local Edition Transporting, Inc.

7. Rental Car Group Company, LLC owns one hundred percent (100%) of the equity interests of Dollar Thrifty Automotive Group, Inc., which in turn owns one hundred percent (100%) of the equity interests of the following entities:

a. DTG Operations, Inc.;

b. Dollar Rent A Car, Inc.; and

c. Thrifty, LLC

8. DTG Operations, Inc. owns one hundred percent (100%) of the equity interests of DTG Supply, LLC.

9. Thrifty, LLC owns one hundred percent (100%) of the equity interests of the following entities:

a. Thrifty Car Sales, Inc.; and

b. Thrifty Rent-A-Car System, LLC

10. Thrifty Rent-A-Car System, LLC owns one hundred percent (100%) of the equity interests of the following entities:

a. TRAC Asia Pacific, Inc.; and

b. Dollar Thrifty Automotive Group Canada, Inc.

11. Dollar Thrifty Automotive Group Canada, Inc. owns one hundred percent (100%) of the equity interests of DTG Canada Corp.

12. Hertz International, Ltd. (a non-debtor) owns one hundred percent (100%) of the equity interests of Hertz Holdings Netherlands B.V. (a non-debtor).

13. Hertz Holdings Netherlands B.V. (a non-debtor) owns one hundred percent (100%) of the equity interests of CMGC Canada Acquisition ULC.

14. CMGC Canada Acquisition ULC owns one hundred percent (100%) of the equity interests of Hertz Canada Limited.

# **Exhibit I**

**(Organizational Chart)**

# Hertz Global Holdings, Inc. and its Debtor and Non-Debtor Affiliates




A: 51% Hertz Italiana S.r.L.; 49% HHNBV
B: 50% HC Limited Partnership (LP); 49.95% Hertz Canada Limited (LP); 0.05% Hertz Canada (N.S.) Company (GP)
C: 98% Hertz Canada Limited (LP); 1% Hertz Canada (N.S.) Company (GP); 1% 3216173 Nova Scotia Company (GP)
D: 99.999990%% HC Vehicle Partnership (LP); 0.0000048% each - Hertz Canada Limited (LP) and Hertz Canada (N.S.) Company (GP)
E: 99.9% THC; 0.1% HVF GP II
F: 99.999% TCL Funding LP (LP); 0.001% 2232560 Ontario Inc. (GP)
G: 99.99% DTAG Canada Inc. (GP); 0.01% 2240919 Ontario Inc. (LP)
H: 1 share held by The Hertz Funding France Trust (Hertz France SAS: 99.972973%; Hertz Funding France Trust: 0.027027%)
J: 99.5% Donlen Corporation (LP); 0.5% Hertz Fleet Lease Funding Corp. (GP)
K: f/k/a CCL Vehicle Rentals, Ltd.
L: f/k/a 3198872 Nova Scotia Company
M: 99.9% Hertz International Ltd. (LP); 0.1% Hertz NL Holdings, Inc. (GP)
N: Nonprofit entity under FL law serving as association governing plots of land owned in Estero
O: 50% HIL; 50% THC
P: THC owns 2 shares of Hertz do Brazil
Q: FCT is a French SA licensed as a portfolio management company and is not owned by Hertz (part of French ABS)
R: f/k/a Hertz Rental Car Holding Company, Inc.
S: 99% Donlen Fleet Leasing Ltd. (LP); 1% Donlen Canada Fleet Funding Corporation

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>DTG Operations, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-[____] ( )<br><br>(Joint Administration Requested) |

**LIST OF EQUITY SECURITY HOLDERS OF**
**DTG OPERATIONS, INC.**

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor and debtor in possession (the "**Debtor**") respectfully represents that the following is the list of holders of the Debtor's sole class of equity or membership interests:

| EQUITY HOLDER | ADDRESS OF EQUITY HOLDER | PERCENTAGE OWNED |
|---|---|---|
| Dollar Thrifty Automotive Group, Inc. | 8501 Williams Road, Estero, FL 33928 | 100% |

**Fill in this information to identify the case and this filing:**

Debtor Name DTG Operations, Inc.

United States Bankruptcy Court for the: ________________ District of Delaware (State)

Case number (*If known*): ________________

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration Consolidated Corporate Ownership Statement and List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/22/2020
MM / DD / YYYY

✘ /s/ M. David Galainena
Signature of individual signing on behalf of debtor

M. David Galainena
Printed name

Vice President and General Counsel
Position or relationship to debtor